# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| EDWIN OSVALDO L. G., <br><br> Petitioner, <br><br> v. <br><br> PAMELA BONDI, *Attorney General*; DAREN K. MARGOLIN, *Director for Executive Office of Immigration Review*; EXECUTIVE OFFICE FOR IMMIGRATION REVIEW; KRISTI NOEM, *Secretary, U.S. Department of Homeland Security*; DEPARTMENT OF HOMELAND SECURITY; TODD M. LYONS, *Acting Director of Immigration and Customs Enforcement*; IMMIGRATION AND CUSTOMS ENFORCEMENT; and DAVID EASTERWOOD, *Acting Director, St. Paul Field Office, Immigration and Customs Enforcement*, <br><br> Respondents. | Case No. 26-cv-48 (LMP/EMB) <br><br> **ORDER OF DISMISSAL** |

This matter is before the Court on Plaintiff's Voluntary Dismissal (ECF No. 4). **IT IS HEREBY ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** and without costs or disbursements to any party.

Dated: January 7, 2026

*s/ Laura M. Provinzino*
Laura M. Provinzino
United States District Judge